Scott Maurer (CSB#180830)
(smaurer@scu.edu)
Santino Prado (Certified Law Student CSB #20192)
(sprado@scu.edu)
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

Attorneys for Plaintiff Mary Bohach

ORIGINAL
FILED

07 NOV 13 PM 12: 29

RICHARD W. WIEKING
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

|  |  |
|---|---|
| MARY BOHACH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAY AREA CREDIT SERVICE, a California corporation,<br>　　　　Defendant. | Case No.: **C 07 05732 JW HRL**<br><br>COMPLAINT FOR VIOLATIONS OF 15 U.S.C. §1692 *et seq.*, and CALIFORNIA CIVIL CODE §1788 *et seq.* |

## INTRODUCTION

1.   Mary Bohach is a 65 year-old resident of Santa Clara County who suffers from

multiple disabilities. Until 2002 Mary Bohach worked as a contract coordinator. She

always tried to pay her bills on time. However, in 2002 Ms. Bohach's disabilities

progressed to the point that she could no longer work. During that difficult time

period Ms. Bohach fell ill and required medical treatment. She applied for Medi-Cal and believes that the bills in question should have been covered by Medi-Cal. Nevertheless, the medical bills were then sent to collection. Subsequently Ms. Bohach provided the collection agency with a detailed explanation of her financial condition and directed the collection agency to comply with its legal duty to cease collections with respect to the account. The collection agency responded by attempting to collect on the same bills under a new account number, in violation of Federal and State law.

2.     The following paragraphs are alleged on information and belief: 6 and 15.


## JURISDICTION AND VENUE

3.     Jurisdiction is proper in the Federal District of Nothern California pursuant to 28 U.S.C. 1331, on the basis that the defendant by an act or omission violated federal law.

4.     Venue is proper in the Northern District in that all the actions complained of herein occurred in this judicial district.


## PARTIES

5.     Plaintiff MARY BOHACH is a natural person, who resides in the City of San Jose, California, located in Santa Clara County and is a "consumer" as defined by 15 USC §1692a(3) and a "debtor" as defined by Cal. Civil Code §1788.2(h).

6.    Defendant BAY AREA CREDIT SERVICE (BACS) is a California Corporation. BACS is a "debt collector" as defined by 15 USC §1692a(6) and Cal. Civil Code ("CC") §1788.2(c).

FACTUAL BACKGROUND

7.    On or about September 15, 2006, Defendant sent plaintiff a collection letter listing the following alleged debts:

| CREDITOR LIST | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| AMERICAN MEDICAL RESPONSE | $587.35 | $190.37 | $777.72 |
| COUNTY OF SANTA CLARA/VMC | $3387.91 | 0 | $3387.91 |

The account number listed on the letter was 2675992. The money allegedly owed is a "debt" as defined by USC §1692a(5) and Cal. Civil Code §1788.2(d).

8.    On October 6, 2006, Defendant received a letter notifying them that MARY BOHACH wanted all collection communications to cease. Ms. BOHACH's letter referenced both the names of the creditors in the preceding paragraph and the account numbers in the preceding paragraph.

9.    On or about April 3, 2007, BACS sent plaintiff a collection letter listing the following alleged debts:

| CREDITOR LIST | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| AFS-HOV | $587.35 | $155.78 | $743.13 |
| COUNTY OF SANTA CLARA/VMC | $3387.91 | 0 | $3387.91 |
| COUNTY OF SANTA CLARA/VMC | $ 882.46 | 0 | $ 882.46 |

The account number listed on the letter was 2675992.

## FIRST CAUSE OF ACTION

(Violation of Federal Debt Collection Practices Act: 15 USC §1692 *et seq* "FDCPA")

10.  Plaintiff refers to and incorporates all previous paragraphs as though fully set forth herein.

11.  The foregoing acts of Defendant violate of the Federal FDCPA, 15 USC §1692c(c).

12.  MARY BOHACH is entitled to recover statutory damages pursuant to USC §1692k.

## SECOND CAUSE OF ACTION

(Violation of California Civil Code §1788 *et seq* "Rosenthal")

13.  Plaintiff refers to and incorporates all paragraphs as though fully set forth herein.

14.  The foregoing acts of Defendant constitute violations of the Cal. Civil Code §1788.17.

15.  The foregoing acts of DEFENDANT were undertaken by it willfully and knowingly.

## PRAYER FOR RELIEF

16.  Plaintiffs respectfully request that this court:

**With respect to First Cause of Action (violation of Federal Act 15 USC §1692)**

  a.  Award statutory damages of up to $1,000 is pursuant to USC §1692k;

  b.  Award Plaintiff attorney's fees and costs pursuant to USC §1692k(a)(3); and

  c.  Award Plaintiff other and further relief as the Court may deem proper.

**With respect to Second Cause of Action (violation of Cal. Civil Code §1788)**

  a.  Award statutory damages of up to $1,000 pursuant to Cal. Civil Code §1788.30(b);

COMPLAINT - 4

b.  Award statutory damages of up to $1,000 pursuant to Cal. Civil Code §1788.17;

c.  Award Plaintiff attorney's fees and costs pursuant to Cal. Civil Code §1788.17 and §1788.30(c); and

d.  Award Plaintiff other and further relief as the Court may deem proper.

Respectfully Submitted,

KATHARINE & GEORGE ALEXANDER COMMUNITY LAW CENTER

Dated __November 7, 2007__

Santino Prado, Certified Law Student*

Dated __November 7, 2007__

Scott Maurer, Supervising Attorney*

*Pursuant to the State Bar rules governing the practical training of law students