Scott Maurer (CSB#180830)
(smaurer@scu.edu)
Santino Prado (Certified Law Student CSB #20192)
(sprado@scu.edu)
KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
(408) 288-7030 – Tel.
(408) 288-3581 – Fax

Attorneys for Plaintiff Mary Bohach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MARY BOHACH, | ) Case No.:  C 07-05732 JW |
| Plaintiff, | ) REQUEST TO ENTER DEFAULT |
| vs. | ) |
| BAY AREA CREDIT SERVICE, a California corporation, | ) |
| Defendant. | ) |

Plaintiff Mary Bohach hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant BAY AREA CREDIT SERVICE, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on the defendant on November 14, 2007 as evidenced by the proof of service of summons attached as Exhibit A to the Declaration of Reuben Castillo filed herewith.

Respectfully Submitted,            KATHARINE & GEORGE ALEXANDER

                                   COMMUNITY LAW CENTER


Dated__December 17, 2007           _____/s/_____
                                   Scott Maurer, Attorney for Mary Bohach

REQEUST TO ENTER DEFAULT - 2