1  Scott Maurer (SBN # 180830)
   Katharine & George Alexander Community Law Center
2  1030 The Alameda
   San Jose, CA 95126
3  Phone: (408) 288-7030
   Fax: (408) 288-3581
4
   Attorney for Plaintiff Mary Bohach
5
                    UNITED STATES DISTRICT COURT
6
                  NORTHERN DISTRICT OF CALIFORNIA
7
                        (SAN JOSE DIVISION)
8

9  MARY BOHACH                      ) Case No.: 1-07-CV-05732
                                    )
10          Plaintiff,              ) **DECLARATION OF REUBEN CASTILLO**
                                    )
11      vs.                         )
                                    )
12  BAY AREA CREDIT SERVICE,  a     )
    California Corporation          )
13                                  )
                                    )
14          Defendant.              )
                                    )
15  _____ )

16  I, Reuben Castillo, declare as follows:

17

18      1.  I make the following statements based on my own personal knowledge, and if called

19  upon to testify as a witness, could and would attest to the matters stated below.  I work as a

20  paralegal for the Katharine and George Alexander Community Law Center.

21

22      2.  The defendant named in the initial complaint and summons is BAY AREA CREDIT

3.  SERVICE, a California Corporation.

23
        4.  3.  On November 14, 2007, I served the complaint and summons on defendant
24
    BAY AREA CREDIT  SERVICE, a California Corporation evidence by the proof of service
25
    attached as exhibit A.

1

2     5.   As of December 17, 2007, my office has yet to receive an answer to the complaint.

3     Furthermore, the defendant has not contacted myself or any member of my office since the

4     complaint was served.

5

6

7

8     I declare under penalty of perjury that the forgoing is true and correct and that this Declaration

9     was executed in San Jose, California on December 17, 2007.

10

11                                                        _____/s/_____

12                                                        Reuben Castillo

13

14

15

16

17

18

19

20

21

22

23

24

25

Declaration of Reuben Castillo