POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Scott Maurer  180830<br>Alexander Community Law Center<br>1030 The Alameda<br>San Jose, CA 95126<br>TELEPHONE NO.: (408) 288-7030  FAX NO. (Optional): (408) 288-3581<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Mary Bohach | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 280 So. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF/PETITIONER: Mary Bohach

DEFENDANT/RESPONDENT: Bay Area Credit Service a CA. C

CASE NUMBER:
C-07-05732JW

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Bay Area Credit Service

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*:
      CT Corporation System agent for service

4. Address where the party was served:
   97 E. Brokaw Road, Ste. 240 San Jose, CA 95112

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: November 14, 2007   (2) at *(time)*: 12:23 P.M.
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure § 417.10

Mary Bohach

| | |
|---|---|
| PLAINTIFF/PETITIONER: Mary Bohach | CASE NUMBER: C-07-05732JW |
| DEFENDANT/RESPONDENT: Bay Area Credit Service a CA. Co | |

5.    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
        (1) on *(date)* :                         (2)    from *(city)* :
        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)* :
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)* :
      under the following Code of Civil Procedure section:
        ☒ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)           ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                         ☐ 415.46 (occupant)
                                                                              ☐ other:

7. **Person who served papers**
   a. Name: Reuben Castillo
   b. Address: 1030 The Alameda San Jose, CA 95126
   c. Telephone number: 408 288-7030
   d. **The fee** for service was: $         0.00
   e. I am:
       (1) ☒ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☐ registered California process server:
           (i)    ☐ owner     ☐ employee     ☐ independent contractor.
           (ii)    Registration No.:
           (iii)    County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: November 14, 2007

Reuben Castillo                                            ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)