**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

December 26, 2007

RE: CV 07-05732 JW    MARY BOHACH-v- BAY AREA CREDIT SERVICE

Default is entered as to Defendant Bay Area Credit Service on 12/18/07.

RICHARD W. WIEKING, Clerk

by Cindy Vargas
Case Systems Administrator

NDC TR-4  Rev. 3/89