Scott Maurer (CSB #180830)
Santino Prado (CLS #20192)
Alexander Community Law Center
1030 The Alameda
San Jose, CA 95126
Phone: 408-288-7030
Fax: 408-288-3581

Attorneys for Plaintiff Mary Bohach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BOHACH,<br><br>Plaintiff,<br>v.<br><br>BAY AREA CREDIT SERVICE, a California corporation,<br><br>Defendant. | Case No.: 1-07-CV-05732<br><br>MARY BOHACH'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: April 2, 2008<br><br>Time:12:00 pm.<br><br>Judge: The Hon. James Ware |

Plaintiff obtained a default on January 10, 2008. Subsequently Plaintiff entered into an oral agreement to resolve this matter on or about January 13, 2008. Since then, the parties have been negotiating the language of the settlement agreement, which has now been finalized. Plaintiff expects to receive payment and dismiss the case within the next ten to fifteen days.

Plaintiff respectfully requests that this matter be continued for approximately thirty days.

ALEXANDER COMMUNITY LAW CENTER

DATED: April 1, 2008

By:______________________________
Santino Prado, Certified Law Student*
For Plaintiff Mary Bohach

DATED: April 1, 2008

By:______________________________
Scott Maurer, Supervising Attorney*
For Plaintiff Mary Bohach

* Pursuant to State Bar rules governing the training of law students.