IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mary Bohach, | NO. C 07-05732 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Bay Area Credit Service, | |
| Defendant. | |

On April 1, 2008, Plaintiff informed the Court that the above-entitled matter has reached a settlement. (See Case Management Statement, Docket Item No. 9.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **May 23, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear on **June 2, 2008, at 9:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **May 23, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

1  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
2  this action.

4  Dated: April 3, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Scott C. Maurer smaurer@scu.edu

John Simon Yohanan
Attorney at Law
99 Almaden Boulevard, Suite 500
San Jose, CA 95113

**Dated: April 3, 2008**                              **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**