Scott Maurer (CSB #180830)
Santino Prado (CLS #20192)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax:    (408) 288-3581

Attorneys for Plaintiff Mary Bohach individually and on behalf of the general public.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| MARY BOHACH, individually and on behalf of the general public, <br><br> Plaintiff <br><br> vs. <br><br> BAY AREA CREDIT SERVICE, a California corporation, <br><br> Defendant, | Case No.: C 07-05732 JW <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Further, each party shall be responsible for bearing their own costs and fees.

DATED: April 8, 2008          By: _____
                                  Santino Prado, Certified Law Student*
                                  For Plaintiff Mary Bohach


DATED: April 8, 2008          By: _____
                                  Scott Maurer, Supervising Attorney*
                                  For Plaintiff Mary Bohach


DATED: April 8, 2008          By: _____
                                  John Yohanan, Attorney for Defendant


* Pursuant to State Bar rules governing the training of law students.

*** **ORDER:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: April 18, 2008                        _____
                                             Unites States District Judge